## UNION CLUB CO. v. UNITED STATES.

### No. 43086.

Court of Claims.

Dec. 6, 1937.

Paul L. Holden and Harry J. Crawford, both of Cleveland, Ohio (Squire, Sanders & Dempsey, of Cleveland, Ohio, on the brief), for plaintiff.

Fred K. Dyar, of Washington, D. C., and James W. Morris, Asst. Atty. Gen. (Robert N. Anderson, Sp. Asst. to Atty. Gen., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

Judgment is rendered against plaintiff for the cost of printing the record herein, the amount thereof to be entered by the clerk and collected by him according to law.

See Army & Navy Club of America v. United States, 53 F.2d 277, 72 Ct.Cl. 684; Wichita Commercial & Social Club Ass'n v. United States, 2 F.Supp. 476, 77 Ct.Cl. 80; Chicago Engineers' Club v. United States, 9 F.Supp. 680, 80 Ct.Cl. 615.